UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MARK WAX,** | : | Case No. 1:07 CV 3253 |
| Plaintiff, | : | |
| | : | **JUDGE KATHLEEN O'MALLEY** |
| v. | : | |
| **STEIN WORLD, L.L.C.,** | : | |
| Defendants. | : | **ORDER** |
| | : | |

This case is before the Court on Defendant Stein World, L.L.C.'s ("Stein World") motion to dismiss or transfer for lack of venue which was filed on October 31, 2007. (ECF Doc. 4.) After the motion was fully briefed, this Court referred it to Magistrate Judge Greg White for the preparation of a Report and Recommendation ("R&R"). (ECF Doc. 10.) On May 2, 2008, Magistrate Judge White issued an R&R recommending the Court deny the motion to dismiss or transfer. (ECF Doc. 11.)

Neither party has filed any objections to the magistrate's R&R, which the Court now adopts as its own. Because the Court reaches the same conclusions as the magistrate judge, upon its own de novo review of the record, no further articulation of its reasoning is required. Tuggle v. Seabold, 806 F.2d 87, 92-93 (6th Cir. 1986).

Accordingly, the magistrate's R&R is **ADOPTED**, and Defendant Stein World, L.L.C.'s motion to dismiss or transfer (ECF Doc. 4) is **DENIED**.

**IT IS SO ORDERED.**

                                            s/Kathleen M. O'Malley
                                            **KATHLEEN McDONALD O'MALLEY**
                                            **UNITED STATES DISTRICT JUDGE**

**Dated:**        **May 27, 2008**